UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES JONES, | Case No. C14-1343-RSM-JPD |
| Petitioner, | REPORT AND RECOMMENDATION |
| v. | |
| C. INGRAM, | |
| Respondent. | |

Petitioner, an inmate who was previously incarcerated at the Federal Detention Center in SeaTac, Washington, is proceeding *pro se* in this proposed habeas action pursuant to 28 U.S.C. § 2241.  On August 28, 2014, petitioner filed a proposed habeas petition alleging that he "is being held in illegal detention by the Federal Bureau of Prisons" in violation of his federal constitutional rights.  Dkt. 1 at 1.  Petitioner did not, however, pay the $5 filing fee or file an application to proceed *in forma pauperis* ("IFP") in this action.

On August 29, 2014, the Clerk of the Court attempted to notify petitioner via U.S. Mail that he needed to file an IFP application or pay the filing fee.  Dkt. 2.  However, this letter was returned as undeliverable on September 9, 2014 with a notation on the envelope that petitioner

1   was no longer at the Federal Detention Center.  Dkt. 3.  To date, petitioner has not contacted
2   the Court to update his address.

3   Because over sixty days have elapsed since mail directed to petitioner at his address of
4   record was returned to the court by the Post Office as undeliverable, and petitioner has not yet
5   notified the Court of his current address, this action is DISMISSED without prejudice for
6   failure to prosecute pursuant to LCR 41(b)(2).  A proposed order accompanies this Report and
7   Recommendation.

8   Objections to this Report and Recommendation, if any, should be filed with the Clerk
9   and served upon all parties to this suit by no later than **December 5, 2014**.  Failure to file
10  objections within the specified time may affect your right to appeal.  Objections should be
11  noted for consideration on the District Judge's motion calendar for the third Friday after they
12  are filed.  Responses to objections may be filed within **fourteen (14)** days after service of
13  objections.  If no timely objections are filed, the matter will be ready for consideration by the
14  District Judge on **December 12, 2014.**

15  This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
16  seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
17  assigned District Judge acts on this Report and Recommendation.

18  DATED this 14th day of November, 2014.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2