UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES JONES,

    Petitioner,

  v.

C. INGRAM,

    Respondent.

Case No. C14-1343-RSM

ORDER OF DISMISSAL

The Court, after careful consideration of petitioner's proposed 28 U.S.C. § 2241 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The proposed habeas petition, Dkt. 1, is DISMISSED without prejudice for failure to prosecute.

ORDER OF DISMISSAL
PAGE - 1

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 12th day of December 2014.

							RICARDO S. MARTINEZ
							UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2